**1**

**Annie L. SIEGEL et al., Petitioners, v. David H. BLAIR, Commissioner of Internal Revenue.**

Circuit Court of Appeals, Eighth Circuit. January 3, 1928.

No. 319 Orig.

On Petition to Review Decision of United States Board of Tax Appeals.

Rhodes E. Cave and T. S. McPheeters, both of St. Louis, Mo., and George Weitzel, of Washington, D. C., for petitioners.

A. W. Gregg and H. R. Gamble, both of Washington, D. C., for respondent.

PER CURIAM. Petition to review denied for want of jurisdiction and dismissed, without costs to either party in this court, on motion of respondent.

═══

**2**

**SIMPLEX PISTON RING COMPANY OF AMERICA, Inc., Plaintiff Appellee, v. Arden L. HAMILTON, Individually and Doing Business under the Name and Style of Hamilton Motor Parts Company, Defendant Appellant.**

Circuit Court of Appeals, Second Circuit. April 9, 1928.

No. 224.

Appeal from the District Court of the United States for the Eastern District of New York.

Emanuel Celler, of New York City (W. Lee Helms, of New York City, of counsel), for appellant.

Gifford & Scull, of New York City (A. C. Paul, of Minneapolis, Minn., C. B. Belknap, of Detroit, Mich., and Newton A. Burgess, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (21 F.[2d] 196) affirmed.

**3**

**SPENCER KELLOGG & SONS, Inc., Libelant Appellant, v. Steam Tug TOURIST, Her Engines, etc., the Canal Boats H. M. Stagg, Rose O'Boyle, Hammond Brothers and Lake Superior, and the Machinery, etc., of Each of Said Canal Boats, Respondents Appellees, Helen Hammond, as Administratrix of the Estate of John J. Hammond, Deceased, and Anthony O'Boyle, Claimants Appellees, and American Linseed Company, Intervener Appellee.**

Circuit Court of Appeals, Second Circuit. April 9, 1928.

Nos. 240–244.

Appeals from the District Court of the United States for the Western District of New York.

Dudley, Stowe & Sawyer, of Buffalo, N. Y., for appellant.

Thomas C. Burke, of New York City, for libelant appellee.

Stanley & Gidley, of Buffalo, N. Y. (Ray M. Stanley and Ellis H. Gidley, both of Buffalo, N. Y., of counsel), for interveners appellees and respondents appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (16 F.[2d] 154) affirmed.

═══

**4**

**Harry J. SPURWAY, Receiver, etc., Appellant, v. IOWA SERVICE CO. et al.**

Circuit Court of Appeals, Eighth Circuit, January 11, 1928.

No. 8040.

Appeal from the District Court of the United States for the District of Nebraska.

Harry W. Shackelford, of Omaha, Neb., for appellant.

F. H. Gaines, of Omaha, Neb., George A. Lee, of Lincoln, Neb., and Halleck F. Rose and Arthur R. Wells, both of Omaha, Neb., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney fee, per stipulation of parties.